# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BEYER, LAURA T. | U.S. BANKRUPTCY COURT | 8/31/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE | ☐ Nomination   Date <br> ✔ Initial  ☐ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 08/31/2012 |

**7. Chambers or Office Address**

CHARLES R. JONAS FEDERAL BUILDING
401 WEST TRADE ST.
CHARLOTTE NC 28202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEYER, LAURA T. | 8/31/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Parker Poe Adams & Bernstein - Non-Equity Partnership Draw |
| 2. | 2012 | Parker Poe Adams & Bernstein - Non-Equity Partnership Draw |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEYER, LAURA T. | 8/31/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEYER, LAURA T. | 8/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Joseph M. Turner Family, LP | E | Rent | N | W | Exempt | | | | |
| 2. Joseph M. Turner ▨ Partnership | F | Int./Div. | P1 | W | Exempt | | | | |
| 3. Charles Schwab Brokerage Account | | | | | | | | | |
| 4. -- Bank of America Corp. | A | Dividend | J | T | Exempt | | | | |
| 5. -- Capital One Financial CP | A | Dividend | J | T | Exempt | | | | |
| 6. -- Sprint Nextel Corp. | A | Dividend | J | T | Exempt | | | | |
| 7. -- FBR Small Cap Financial Fund Inv CL | A | Dividend | J | T | Exempt | | | | |
| 8. -- Janus Enterprises FD CL T | A | Dividend | J | T | Exempt | | | | |
| 9. -- Janus Research FD CL T | A | Dividend | J | T | Exempt | | | | |
| 10. -- Perkins Mid Cap Value FD CL T | A | Dividend | J | T | Exempt | | | | |
| 11. -- Schwab Int'l Index Fund | A | Dividend | J | T | Exempt | | | | |
| 12. --Schwab Market Track Growth | A | Dividend | K | T | Exempt | | | | |
| 13. -- Schwab Small Cap Index Fund | A | Dividend | J | T | Exempt | | | | |
| 14. Charles Schwab Bank Checking Account | A | Interest | J | T | Exempt | | | | |
| 15. Charles Schwab Roth Contributory IRA | A | Dividend | J | T | Exempt | | | | |
| 16. -- Schwab 1000 Index Fund | | | | | | | | | |
| 17. -- Vanguard Growth & Income Fund Investor Shares | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BEYER, LAURA T. | 8/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Charles Schwab Roth Contributory IRA | A | Dividend | J | T | Exempt | | | | |
| 19. -- Janus Growth & Incm CL T | | | | | | | | | |
| 20. -- Schwab 1000 Index Fund | | | | | | | | | |
| 21. Wells Fargo Cash Accounts | A | Interest | K | T | Exempt | | | | |
| 22. Wells Fargo Retirement Savings Account | A | Interest | J | T | Exempt | | | | |
| 23. McGuireWoods Retirement Savings Plan (no control) | C | Interest | K | T | Exempt | | | | |
| 24. TIAA-CREF Davidson College Tax Deferred Annuity Plan | A | Interest | J | T | Exempt | | | | |
| 25. Parker Poe Adams & Bernstein 401(k) Profit Sharing | F | Interest | N | W | Exempt | | | | |
| 26. Learning Quest 529 Moderate Portfolio | D | Interest | L | T | Exempt | | | | |
| 27. VA 529 Aggressive Portfolio | C | Interest | K | T | Exempt | | | | |
| 28. Guardian Whole Life Policy #1 | A | Dividend | J | T | Exempt | | | | |
| 29. Guardian Whole Life Policy #2 | A | Dividend | J | T | Exempt | | | | |
| 30. Guardian Whole Life Policy #3 | A | Dividend | J | T | Exempt | | | | |
| 31. Northwestern Mutual Whole Life Policy | A | Dividend | J | T | Exempt | | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BEYER, LAURA T. | 8/31/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS

The income earned by the Joseph M. Turner _____ Partnership also includes rental income.

| Name of Person Reporting | Date of Report |
|---|---|
| BEYER, LAURA T. | 8/31/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:   s/ LAURA T. BEYER

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544